A F
ABRAMS FENSTERMAN, LLP
ATTORNEYS AT LAW

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | **P**

**Long Island · Brooklyn · White Plains · Rochester · Albany**

Seth L. Berman, Esq.
Partner/Director Intellectual Property and Entertainment Dept.
Email: sberman@abramslaw.com

August 13, 2026

**VIA ECF**
Hon. Victoria Reznik, Magistrate Judge
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: *SR Video Pictures Ltd. v. Progressive Foot Care P.C. and Bruce Pinker*
*Case No. 7:26-cv-3797 (PMH)*

Dear Magistrate Judge Reznik:

This firm represents Defendants Progressive Foot Care P.C. and Bruce Pinker in the above-referenced matter ("Defendants"). We write in connection with the Court's Order of July 17, 2026 (ECF No. 21) setting a remote settlement conference on August 27, 2026. Defendants' counsel has a conflict on August 27 and will not be able to participate in a conference that day.

Defendants' counsel respectfully requests, with the consent of Plaintiff's counsel, that the conference currently scheduled for August 27, 2026 be adjourned to September 2, 2026, or the next date mutually convenient for the Court and the parties.

This is the first request for an adjournment regarding this matter, and this adjournment does not affect any other scheduled dates.

We thank you in advance for your accommodation.

Respectfully submitted,

Seth L. Berman

SLB/gar

Defendants' request is **GRANTED**. The Court will issue a separate scheduling order adjourning the Settlement Conference to a later date. But the Court cannot guarantee that it will be able to accommodate the dates proposed by Defendants.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 22.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 8/14/2026